IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| TINA PIZZIMENTI, | ) |
| | ) |
| Plaintiff, | ) 3:10-cv-03073-JLH |
| | ) |
| v. | ) Judge Hendren |
| | ) |
| SOUTHERN, ALLEN & WITHROW, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION & ORDER OF DISMISSAL UPON SETTLEMENT

On this day is presented to the Court the above-styled matter now pending between plaintiff Tina Pizzimenti and defendant Southern, Allen & Withrow, whereupon the Court finds as follows:

1. It is stipulated by the parties that this action should be dismissed with prejudice as the parties have fully and finally settled and compromised the claims asserted herein.

IT IS THEREFORE ORDERED AND ADJUDGED that this case, including the Complaint be and hereby is dismissed with prejudice this _28_ day of _Sept_ 2011.

_____
JUDGE

DATE: _9/28/11_

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 28 2011

CHRIS R. JOHNSON, Clerk
By
                    Deputy Clerk

936713-v1

APPROVED:

LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 222-9028 (x812)
Facsimile: (888) 418-1277
E-Mail: dmarco@smithlaw.us

By _____
David M. Marco (Atty. No.: 6273315)
Attorney for the plaintiff

and

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: clauck@wlj.com

By _____
Chester H. Lauck, III (99107)
Attorneys for the defendants

936713-v1

2